```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   17 Cr. 283 (LAP)
        - v. -                      :
                                    :        ORDER
STEFAN CROMARTIE,                   :
                                    :
                Defendant.          :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear in Courtroom 12A at 11:00 a.m. on May 14, 2024, for a conference to address the concerns raised by Probation in its report, dated April 18, 2024, about Defendant's compliance with the terms of his supervised release.

    The Court hereby appoints Marc L. Greenwald as CJA counsel to represent Mr. Cromartie in the above-captioned case at the conference on May 14, 2024.

**SO ORDERED.**

Dated: May 1, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge